```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


TERRY A. WALLS,                      )
                                     )
              Plaintiff,             )
                                     )
      vs.                            )     No.  4:07CV1897-DJS
                                     )
DR. S.K. HIGHSMITH, DR. EARNEST      )
JACSKON, NURSE GAIL WOLLBERG,        )
NURSE LORI YOUNG and CORRECTIONAL    )
MEDICAL SERVICES,                    )
                                     )
              Defendants.            )
```

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of defendant Dr. S.K. Highsmith and against plaintiff Terry A. Walls on all remaining claims of plaintiff's complaint.

Dated this ___5th___ day of September, 2008.


                              /s/ Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE